IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| KERRY A. SHREVE and | ) Case No. 12-40196 |
| ELLEN J. SHREVE, | ) |
| | ) |
| Debtor. | ) |

## NOTICE OF TRUSTEE'S PROPOSED SALE OF PROPERTY

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Trustee, Dana S. Frazier, intends to sell at private sale the following described oil, gas and mineral rights, subject to any and all leases, other encumbrances and liens:

*The Debtors' interest in and to the oil, gas and other minerals in and under that may be produced from the following described land, to wit:*

*A two (2) acre tract in the Northwest Quarter of the Northwest Quarter of Section 36, Township 1 South, Range 5 East, Wayne County, Illinois described as follows:*
*Beginning at the Northeast corner of said Northwest Quarter of the Northwest Quarter of Section 36, thence South 604 feet, more or less, to an iron pin and the point of beginning, thence West 264 feet, thence South 330 feet, thence East 264 feet to the East line of said Northwest Quarter of the Northwest Quarter of Section 36, thence North 330 feet to the point of beginning all situated in Wayne County, Illinois.*

The Trustee intends to sell said oil, gas and mineral rights to Greg Dickey for the sum of $1,800.00.

**Any OBJECTIONS to the allowance of said sale must be in writing and filed with the COURT at U.S. Bankruptcy Court, 301 West Main, Benton, IL. 62812, on or before March 27, 2014,** with a copy to the Trustee.

Any higher offers must be in writing and received by the Trustee no later than March 27, 2014.

If a timely objection is filed, a hearing will be held at 9:00 a.m. on April 2, 2014, at the U.S. Bankruptcy Court, 301 West Main Street, Benton, Illinois 62812.

If no objections are filed within the time set, the Trustee is authorized to sell the property without further order and execute any documents necessary to transfer Debtor's interest in said property.

DATED:  March 6, 2014

/s/ Dana S. Frazier
Dana S. Frazier, Trustee

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KERRY A. SHREVE and | ) | Case No. 12-40196 |
| ELLEN J. SHREVE, | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that I mailed a copy of the **Notice of Trustee's Proposed Sale of Property** by depositing the same in a U.S. Post Office Box in the City of Murphysboro, Illinois, postage fully prepaid and addressed to:

See attached Mailing Matrix                    U.S. Trustee (electronic)

Greg Dickey                                    Doug Antonik (electronic)
RR1 Box 218A
Wayne City, IL  62895

Jack T. Williams III
Choctaw Energy Limited Partnership
P.O. Box 6387
San Antonio, TX 78209

Carolyn Thomason
P.O. Box 494
Wayne City, IL  62895

MIV OPS, Inc.
Alfred Bacon, Pres.
9310 Broadway
Building A, Suite 204
San Antonio, TX  78217


Dated this 6th day of March, 2014

                              /s/ Dana S. Frazier
                              Dana S. Frazier, Trustee
                              P.O. Box 159
                              Murphysboro, IL  62966
                              Phone:  618-687-5707
                              frazierlaw@frontier.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0754-4<br>Case 12-40196-lkg<br>Southern District of Illinois<br>Benton<br>Thu Mar  6 15:05:56 CST 2014 | Douglas A Antonik<br>3405 Broadway<br>PO Box 594<br>Mt Vernon, IL 62864-0012 | Bank of America<br>Attn  Bankruptcy Department<br>PO Box 9000<br>Getzville, NY 14068-9000 |
| Bluford Grain Co Inc<br>13413 N Markham Ln<br>Bluford, IL 62814-4404 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cargi II<br>6 Industrial Park<br>Flora, IL 62839-9700 | Chase<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Dana S Frazier<br>Chapter 7 Trustee<br>PO Box 159<br>Murphysboro, IL 62966-0159 |
| Furst Mcness Co<br>120 E Clark St<br>Freeport, IL 61032-3300 | GE Capital Retail Bank<br>Recovery Management Systems Corp<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Global Credit and Collection Corp<br>PO Box 101928  Dept 2417<br>Birmingham, AL 35210-6928 |
| (c)GREG DICKEY<br>1125 COUNTY ROAD 100 N<br>WAYNE CITY IL  62895-0537 | LTD Financial Services, L.P.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074-2134 | PYOD, LLC its successors and assigns as assi<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Shaffer Superior Genetics<br>7963 N Delaware Co Rd<br>Albany, IN 47320-9604 | Shaffers Gold Rush<br>7963 N Delaware Co Rd<br>Albany, IN 47320-9604 |
| (c)ELLEN J SHREVE<br>985 COUNTY ROAD 530 E<br>WAYNE CITY IL  62895-0358 | (c)KERRY A SHREVE<br>985 COUNTY ROAD 530 E<br>WAYNE CITY IL  62895-0358 | Tractor Supply Co<br>PO Box 653054<br>Dallas, TX 75265-3054 |
| USDA<br>23 Industrial Dr<br>Fairfield, IL 62837-2602 | United Collection Bureau Inc<br>PO Box 140190<br>Toledo, OH 43614-0190 | United States Department of Agriculture,<br>Acting through the Farm Service Agency<br>23 Industrial Drive<br>Fairfield, IL  62837-2602 |
| United States Trustee<br>Becker Bldg, Room 1100<br>401 Main St<br>Peoria, IL 61602-1267 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover<br>Post Office Box 30943<br>Salt Lake City, UT 84130 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Greg Dickey<br>R1  Box 218A<br>Wayne City, IL 62895 | Ellen J Shreve<br>Rt 2  Box 166<br>Wayne City, IL 62895 | Kerry A Shreve<br>Rt 2  Box 166<br>Wayne City, IL 62895 |

```
End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27
```